**Order entered January 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01538-CV

### SHAWN K. BROWN, CHAPTER 7 BANKRUPTCY TRUSTEE OF TOTAL OPERATING, LLC, Appellant

### V.

### JACOB WATTERS, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1 8-09217**

## ORDER

Appellant has filed a Notice of Bankruptcy stating that William Berry Dean, III, a party to the trial court's order on appeal, has filed for bankruptcy in the United States Bankruptcy Court. A bankruptcy suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3.

/s/      KEN MOLBERG
JUSTICE